CCC:MEM/MKC
F. #2020R00818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 16 2020 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KENNY CAMPOS,
   also known as "Doughboy,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. CR 20 367
(T. 21, U.S.C., §§ 841(b)(1)(B)(iii), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 3551 et seq.)

**BROWN, J.**

**TISCIONE, M.J.**

THE GRAND JURY CHARGES:

CONSPIRACY TO DISTRIBUTE AND POSSESS
WITH INTENT TO DISTRIBUTE COCAINE BASE

1.      In or about and between March 2019 and September 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KENNY CAMPOS, also known as "Doughboy," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance.  The amount of cocaine base involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other

2

conspirators reasonably foreseeable to him, was 28 grams or more of a substance containing cocaine base.

(Title 21, United States Code, Sections 846 and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such offense; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

3. If any of the above-described forfeitable property, as a result of an act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00818
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

KENNY CAMPOS also known as "Doughboy",

Defendant.

# INDICTMENT

(T.21, U.S.C., § §841(b)(1)(B)(iii), 846, 853(a) and 853(p);
T. 18, U.S.C., §§3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*
*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

*Christopher C. Caffarone, Assistant U.S. Attorney (631) 715-7868*